# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-_00434-AB_ |
| v. | INDICTMENT |
| ETUALE IOANE, ANOAI SIAFOLI, and SETH TEIG | 18 U.S.C. § 113(a)(6) |
| Defendant. | |

THE GRAND JURY CHARGES:

**COUNT 1**
(Assault)
(18 U.S.C. § 113(a)(6))

On or about May 19, 2025, within the District of Oregon, defendants **ETUALE IOANE**, **ANOAI SIAFOLI,** and **SETH TEIG**, at a place within the special maritime or territorial jurisdiction of the United States, namely Federal Correctional Institution, Sheridan, did assault Adult Victim (AV1), by striking, beating, or wounding him with their fists and feet, resulting in serious bodily injury;

/ / /

/ / /

/ / /

/ / /

In violation of Title 18, United States Code, Section 113(a)(6).

Dated: October 21, 2025

A TRUE BILL.

*[signature redacted]*

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Kate A. Rochat*

KATE A. ROCHAT, OSB #184324
Assistant United States Attorney